HARRY F. BESOSA, demandante y apelante, *v.* NORWICH UNION FIRE INS. SOCIETY LTD., demandada y apelada.

No. 4002.—*Visto:* Enero 18, 1927. *Resuelto:* Enero 20, 1927.

APELACIÓN Y ERROR—REVISION—DISCRECION DE LA CORTE INFERIOR—HONORARIOS DE ABOGADOS.—Atendidos la naturaleza del pleito principal y la cuantía envuelta, y los servicios prestados en el mismo, *se resolvió* que la cantidad concedida por honorarios—$500—era excesiva y que $250 era el valor razonable para dichos servicios.

RESOLUCIÓN de *Pablo Berga,* J. (San Juan), aprobando el memorándum de costas. *Modificada y confirmada.*

*José Martínez Dávila,* abogado del apelante; *Guerra Mondragón* y *Soldevila,* abogados de la apelada.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El abogado don Harry F. Besosa demandó a la Sociedad Union Fire Insurance Co. para que le pagase la cantidad

de $2,510.77 que alegó le debía según convenio . con ella ce-
lebrado para el cobro de $12,738.40 a J. T. Silva y Ca., de
los cuales obtuvo $6,738.49 sin procedimientos judiciales y
los restantes $6,000 con intervención de los tribunales de jus-
ticia.  Se opuso la demandada a esa reclamación negando
la existencia de dicho contrato y fué dictada sentencia decla-
rando sin lugar la demanda con las costas al demandante.

En el memorándum que presentó la demandada para co-
brar las costas consignó una partida de $900 para honora-
rios de abogado y siendo impugnada por excesiva la Corte
de Distrito la rebajó a $500, resolución que motiva este re-
curso de apelación cuya única base es que la cantidad con-
cedida por honorarios es excesiva y que debe ser fijada en
$250.

Aunque en el pleito que origina esta apelación se for-
muló excepción previa de no contener la demanda hechos
suficientes para determinar una causa de acción, sin em-
bargo la contención en él fué si entre las partes se celebró
o no el contrato que sirve de fundamento a la demanda,
que es una cuestión de hecho, y aunque también hubo un in-
cidente sobre levantamiento del embargo que había trabado
el demandante, de todos modos, nos parece que para un
pleito de esà naturaleza y cuantía es excesiva la cantidad
de $500 que se ordena pagar por honorarios de abogado y
que $250 es un valor razonable para esos servicios, en cuyo
sentido *debe ser modificada la resolución apelada.*